# United States Court of Appeals
## For the Eighth Circuit

—————————————————

No. 17-3246

—————————————————

L'Keith Antwan Irving

*Plaintiff - Appellant*

v.

Corporal Heath Dickson; Officer Chris Bruno

*Defendants - Appellees*

—————————

Appeal from United States District Court
for the Western District of Arkansas - Hot Springs

—————————

Submitted: February 13, 2018
Filed: March 2, 2018
[Unpublished]

—————————

Before GRUENDER, MURPHY, and KELLY, Circuit Judges.

—————————

PER CURIAM.

In this 42 U.S.C. § 1983 action, L'Keith Irving appeals after the district court--in light of a then-pending proceeding in state court--dismissed Irving's complaint preservice and without prejudice, based on abstention under Younger v. Harris, 401 U.S. 37 (1971). Irving also moves in this court for leave to amend his complaint.

Upon careful review, we conclude that the dismissal based on <u>Younger</u> was improper.  <u>See</u> <u>Norwood v. Dickey</u>, 409 F.3d 901, 903 (8th Cir. 2005) (abuse-of-discretion standard of review); <u>cf.</u> <u>Yamaha Motor Corp., U.S.A. v. Riney</u>, 21 F.3d 793, 797 (8th Cir. 1994) (necessary predicate for <u>Younger</u> dismissal is the opportunity to raise and have timely decided by competent state tribunal the federal issues involved).  We thus vacate the dismissal order and remand this case to the district court for further proceedings.  We also deny Irving's motion seeking this court's permission to amend his complaint.

_____